NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROLANDO ROJAS, DOC# R490927,   )
                               )
        Appellant,             )
                               )
v.                             )
                               )   Case Nos.  2D15-5667
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____   )

Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Rolando Rojas, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Bilal A. Faruqui, Assistant
Attorney General, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

CASANUEVA, SLEET, and LUCAS, JJ., Concur.